IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE CLINE NIMMONS,

    Plaintiff,
v.                                                          CASE NO. 4:05-cv-00243-MP-AK

JAMES CROSBY, JR.,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Plaintiff's civil rights complaint under 42 U.S.C. § 1983, be dismissed without prejudice for failing to submit the filing fee for this case at the time he submitted his complaint. The Magistrate Judge filed the Report on Thursday, July 28, 2005. Additionally, Plaintiff is contesting Doc. 9, Order by the Magistrate Judge denying Plaintiff's request to file his complaint in forma pauperis, Doc. 12. The Magistrate Judge filed the Order on Tuesday, August 16, 2005. The parties have been furnished a copy of the Order and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has been made. Plaintiff has filed an objection to both the Magistrate's Report and Recommendations and Order in which it appears Plaintiff is objecting to all of the Magistrate Judge's findings. Therefore, this Court has given de novo review to Plaintiff's claims in their entirety.

Having considered both the Report and Recommendation and Order and all objections thereto timely filed, I have determined that both should be adopted. The Prison Litigation

Reform Act of 1995 clearly states:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

As the Magistrate indicated in his Report and Recommendation, Doc. 6, Plaintiff has filed more than three prisoner actions which have been dismissed as frivolous, malicious, or for failing to state a claim. In addition, Plaintiff's current claim does not allege that Plaintiff is "under imminent danger of serious physical injury" as is required by the statute. 28 U.S.C. § 1915(g). In such cases, the Eleventh Circuit has concluded that "the proper procedure is for the district court to dismiss the complaint without prejudice.... The prisoner cannot simply pay the filing fee after being denied in forma pauperis status. He must pay the filing fee at the time he initiates the suit." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002); see Vanderberg v. Donaldson, 259 F.3d 1321, 1324 (11th Cir. 2001).

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 6, is adopted and incorporate by reference in this order.

2. The Magistrate Judge's Order, Doc. 9, is affirmed and incorporated by reference in this order.

2. The Plaintiff's objections to the Magistrate's Report and Recommendation and Order, Doc. 12, are hereby DENIED.

3. Plaintiff's claim is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this   *13th* day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
